IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV429-MU

| | | |
|---|---|---|
| CHRISTOPHER PHELPS & ASSOCIATES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| R. WAYNE GALLOWAY, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon Plaintiff's Motion to Allow Additional Discovery, to Postpone Trial, and for Expedited Briefing and Hearing. For good cause shown,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Postpone Trial is hereby GRANTED and trial in this matter is hereby continued to the September 2005 mixed term;

IT IS FURTHER ORDERED that Plaintiff's Motion to Allow Additional Discovery is hereby GRANTED and discovery shall be reopened for a period of sixty days from the date of entry of this Order to allow discovery with regard to Defendant's new counterclaim only; and

IT IS FURTHER ORDERED that the Motion for Expedited Briefing and Hearing is hereby DENIED AS MOOT.

This _2nd_ day of May, 2005.

_____
Graham C. Mullen
Chief United States District Judge

Graham C. Mullen
Chief United States District Judge