IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CV221-MU

| | | |
|---|---|---|
| CHRISTOPHER PHELPS & ASSOC. | ) | |
|        Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| R. WAYNE GALLOWAY | ) | |
|        Defendant . | ) | |

    This matter is before the Court upon its own motion. The parties are directed to appear in Court for a Status Conference in the above captioned case on Thursday, June 29 at 1:00 p.m. in Chambers.

    IT IS SO ORDERED.

**Signed: June 14, 2005**

Graham C. Mullen
Chief United States District Judge