IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV429-MU

| | |
|---|---|
| CHRISTOPHER PHELPS & ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>R. WAYNE GALLOWAY, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

This matter is before the court upon remand from the Fourth Circuit Court of Appeals for further consideration of Plaintiff's request for injunctive relief with respect to the return or destruction of the infringing plans at issue in the case. The court is informed by letter from Plaintiff's counsel that the Defendant has returned all existing copies of the house plans and that the issue on remand is now moot. Accordingly,

IT IS THEREFORE ORDERED that the Clerk is hereby directed to close this case.

Signed: August 7, 2007

Graham C. Mullen
United States District Judge